United States District Court
Southern District of Texas

**ENTERED**

August 27, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DIANA ALANIZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-70 |
| | § | |
| ACTION CREDIT, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On August 26, 2019, the parties filed an agreed stipulation of dismissal with prejudice, pursuant to FED. R. CIV. P. 41 (Doc. 14). The stipulated dismissal was with prejudice to refiling.

The Clerk's Office is ordered to terminate this case. Except as provided by any settlement agreement, each party shall bear its own fees and costs.

SIGNED this 27th day of August, 2019.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge